**JASON G. REVZIN**
Nevada Bar No. 008629
jason.revzin@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
(702) 893-3789 Fax
*Counsel for Trans Union LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PETER A. OSTHIMER,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION LLC,<br><br>Defendant. | Case No. 2:18-cv-00911-JCM-VCF<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Peter A. Osthimer ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On May 18, 2018, Plaintiff filed his Complaint and Trans Union was served on May 21, 2018. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is June 11, 2018. The allegations in Plaintiff's Complaint date back to May 2017. Trans Union is in need of additional time to investigate, locate and assemble documents relating to Plaintiff's claims. In addition, Trans Union's counsel needs additional time to review Trans Union's documents and respond to the allegations and details in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including July 2, 2018. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 31ST of May, 2018.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/Jason G. Revzin*

Jason G. Revzin
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: Jason.revzin@lewisbrisbois.com
Counsel for Trans Union LLC

Dated this 31ST of May, 2018.

**KAZEROUNI LAW GROUP, APC**

/s/ Michael Kind
Michael Kind
Nevada Bar No. 13903
6069 S. Fort Apache Rd., Suite 100
Las Vegas, NV 89148
Telephone: (702) 405-1765
Facsimile: (800) 520- 5523
Email: mkind@kazlg.com
*Attorneys for Plaintiff*
and
**HAINES & KRIEGER, LLC**
David H. Krieger
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
Email: dkrieger@hainesandkrieger.com
Co-Counsel for Plaintiff

## ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this 1st day of June, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

4821-5140-4391.1  2