1  Michael Kind, Esq. (SBN: 13903)
2  **KAZEROUNI LAW GROUP**, APC
   6069 S. Fort Apache Rd., Ste. 100
3  Las Vegas, NV 89148
   Phone: (800) 400-6808 x7
4  Fax: (800) 520-5523
5  mkind@kazlg.com

6  David H. Krieger, Esq. (SBN: 9086)
7  **HAINES & KRIEGER**, LLC
   8985 S. Eastern Avenue, Ste. 350
8  Henderson, NV 89123
9  Phone: (702) 880-5554
   Fax: (702) 385-5518
10 Email: dkrieger@hainesandkrieger.com
11 Counsel for Peter A. Osthimer

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PETER A. OSTHIMER, | Case No. 2:18-cv-00911-JCM-VCF |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL OF TRANS UNION LLC** |
| TRANS UNION LLC, | |
| Defendant. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Peter A. Osthimer ("Plaintiff") and Trans Union LLC ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 13th day of September 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**JASON REVZIN**

By: /s/    Jason Revzin
Jason Revzin, Esq.
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, NV 89118
*Attorneys for Defendant*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: September 19, 2018